JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS, an individual, and WATCHDOG AI, INC., a California corporation,<br><br>               Plaintiffs,<br><br>v.<br><br>DUOLINGO, INC., a Delaware corporation,<br><br>               Defendant. | CASE NO: 2:25-cv-09210-SVW (MBKx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE [DOC. # 27]<br><br>*Assigned to the Hon. Stephen V. Wilson*<br><br>Action Filed: September 26, 2025<br>FAC: December 1, 2025 |

On February 20, 2026, Plaintiffs Joseph Rayhbuck p/k/a Fat Coda Studios and Watchdog AI, Inc. (collectively, "Plaintiffs"), and Defendant Duolingo, Inc. ("Duolingo") (together, the "Parties"), filed their Stipulation to dismiss this action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

//

//

- 1 -

1.    This action is hereby dismissed in its entirety with prejudice, and with Plaintiffs, on the one hand, and Defendant, on the other hand, to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: February 23, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

- 2 -